# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MICHAEL C. RADVANYI,

*Plaintiff*

v.

CLINT TAYLOR, DISHMAN DODGE and SPOKANE VALLEY, WASHINGTON,

*Defendant*

Civil Action No. 2:19-CV-00380-SMJ

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2020

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Petitioner's construed motion to voluntarily dismiss (ECF No. 14) is GRANTED pursuant to Federal Rule of Civil Procedure 41(a)(1), and the Petition (ECF No.1) is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr.

Date: 3/2/2020

CLERK OF COURT

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen